1  FRANK N. DARRAS #128904, Frank@DarrasLaw.com
2  SUSAN B. GRABARSKY #203004, SGrabarsky@DarrasLaw.com
   PHILLIP S. BATHER #273236, PBather@DarrasLaw.com
3  **DarrasLaw**
4  3257 East Guasti Road, Suite 300
   Ontario, California 91761-1227
5  Telephone:  (909) 390-3770
6  Facsimile:   (909) 974-2121
7  Attorneys for Plaintiff

8                    UNITED STATES DISTRICT COURT

9           CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| ELIZABETH MAIN,<br><br>  Plaintiff,<br><br>vs.<br><br>NEW YORK LIFE INSURANCE COMPANY,<br><br>  Defendant. | Case No: 5:20-cv-01465 JGB (KKx)<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT**<br><br><br>Date Action Filed:  April 8, 2020<br>Trial Date:              Not set |

TO THE COURT AND ALL INTERESTED PARTIES:

   PLEASE TAKE NOTICE that the parties hereto have reached an agreement to resolve this action in its entirety.

   Documents are currently being prepared to finalize the resolution of this matter and the parties anticipate filing a stipulation to dismiss the entire action, each side to bear their own attorney fees and costs within 60 days.

Dated:  August 26, 2020         DARRASLAW

                                 /s/ Frank N. Darras
                                FRANK N. DARRAS
                                Attorneys for Plaintiff