# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| ELIZABETH MAIN,<br><br>  Plaintiff,<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 5:20-cv-01465-JGB-KKx<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed in its entirety, with prejudice. Each party is to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: September 14, 2020

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE